GABRIEL LICHTENSTEIN et al., Copartners Doing Business under the Name of MANOR REALTY Co., Appellants, v. EMIL LEVITT et al., Individually and as Copartners Doing Business under the Name of ROSAN MANAGEMENT COMPANY, Respondents and Third-Party Plaintiffs. PELMAD CORPORATION et al., Third-Party Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

In the Matter of STEPHEN C. MAURO, Petitioner, against GEORGE P. MONAGHAN, as Commissioner of the New York State Harness Racing Commission, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

CLEOPHAS THOMAS, Appellant, v. NEW YORK CITY HOUSING AUTHORITY, Respondent.— Judgment unanimously affirmed, with costs to respondent, on authority of Komar v. Dun & Bradstreet Co. (284 App. Div. 538). Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

THOMAS C. LAIRD, Appellant-Respondent, v. STANWOOD UNITED, INC., Respondent-Appellant, et al., Defendant.— Order setting aside verdict and conditionally directing new trial reversed, on the law and on the facts, and in the exercise of discretion, and the verdict in favor of plaintiff reinstated, with costs to plaintiff-appellant-respondent. Since punitive damages were an element in the verdict awarded, the verdict is not excessive or unconscionable. On the question of liability there was a proper issue of fact for the jury which was submitted to it on a charge to which there was no exception. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

In the Matter of FRED C. GRIESE, Appellant, against ROBERT C. WEAVER, State Rent Administrator, Respondent, and RUTH LEVY, Intervenor-Respondent.— Order unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

McLEAN TRUCKING COMPANY, Respondent, v. VINCENT DOYLE, as President of Highway & Local Motor Freight Drivers, Dockman & Helpers, Local No. 707, Affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

LESTER CRAWFORD, as Special Trustee of Local 50, Bakery and Confectionery Workers' International Union of America, et al., Appellants, v. THOMAS NEWMAN et al., Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

LESTER CRAWFORD, as Special Trustee of Local 51, Bakery and Confectionery Workers' International Union of America, et al., Appellants, v. NATHAN EHRLICH, Individually and as President of Cake Bakers Local 51, American Bakery and Confectionery Workers' International Union, AFL–CIO et al., Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE ALLENDE, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.